Max Blake, Minor, by Max F. Blake, His Father and Guardian, Appellee, v. Jeanette Courtney, Appellant.

Gen. No. 41,195.

320

opinion filed January 21,
1941. Burt A. Crowe, for appellant; Lou Nathanson and Charles A.
Scott, for appellee; Joseph J. Ticktin, of counsel. Opinion by
PRESIDING JUSTICE FRIEND. ''Not to be published in full.''